# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-4072

_____

| | | |
|---|---|---|
| Dennis E. Jefferson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Missouri Department of | * | |
| Social Services, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  August 6, 2001

Filed: August 15, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Dennis E. Jefferson appeals the district court's[1] adverse grant of summary judgment, upon remand, in his Title VII employment-discrimination action. Mr. Jefferson had alleged that Missouri Department of Social Services (MDSS) terminated him from his position at a youth center "because he is a male."

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record and the parties' briefs, see Duffy v. Wolle, 123 F.3d 1026, 1033 (8th Cir. 1997) (de novo standard of review), cert. denied, 523 U.S. 1137 (1998), we conclude that the district court properly granted summary judgment to MDSS. Mr. Jefferson failed to show that MDSS's proffered nondiscriminatory reasons for his termination--his use or threatened use of physical force against several youths and his failure to document these incidents--were pretextual, McDonnell Douglas Corp. v. Green, 411 U.S. 792, 806-07 (1973), and nothing else in Mr. Jefferson's submissions persuades us that summary judgment was improper.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.